# Exhibit O

---------- Forwarded message ---------
From: **LSA Academic Judiciary** [redacted]
Date: Tue, Mar 31, 2026 at 9:39 AM
Subject: Re: Request for Confirmation of Registration Hold Status
To: [redacted] [redacted]

Dear [redacted]

On March 5, 2026, our office emailed you to let you know that your Integrity Essay was past due and that a hold would be placed on your account if it was not received by March 14, 2026. Because we did not receive your essay, a hold was placed on your account making you ineligible to register for future terms.

Please remember that all correspondence regarding your academic misconduct cases should be sent to [redacted]

Best,
Chris

**Office of Student Academic Affairs**
College of Literature, Science, and the Arts | University of Michigan
435 South State Street | 1213 Angell Hall | Ann Arbor, MI 48109-1003
Phone: [redacted] [redacted] | Email: [redacted]

On Mon, Mar 30, 2026 at 2:57 PM LSA Office of Student Academic Affairs [redacted] wrote:

**Office of Student Academic Affairs**
College of Literature, Science, and the Arts | University of Michigan
435 South State Street | 1213 Angell Hall | Ann Arbor, MI 48109-1003
Phone: [redacted] [redacted] | Email: [redacted]

[Quoted text hidden]

---

**University of Michigan Mail - Request for Confirmation of Registration Hold Status.pdf**
173K