# EXHIBIT A



SABI PSYCHOLOGY

**8/5/2026**

**RE: Clinical Letter in Support of Request for Anonymity**

To the Honorable Court:

I am writing in my capacity as the treating psychotherapist for ▮▮▮▮▮▮▮▮ whom I have treated since 1/27/2025 in weekly individual psychotherapy.

The purpose and intent of this letter is not to offer an opinion regarding the legal merits of the underlying matter, nor to address questions of liability or innocence; it is to provide clinical information regarding my patient's current psychiatric functioning and the anticipated mental health consequences associated with the potential public disclosure of her identity in connection with these proceedings.

Prior to the current academic and legal circumstances, ▮▮▮▮▮▮ had already been diagnosed with **Generalized Anxiety disorder, Major Depressive Disorder, Obsessive-Compulsive Disorder** and had longstanding symptoms which caused clinically significant distress and impairment in various sectors of her daily life. Throughout treatment, she has struggled with severe anxiety, obsessive and perfectionistic thinking, trauma-related beliefs, and a chronic pattern in which her sense of worth is contingent upon meeting exceptionally rigid moral and personal standards.

One of the central themes consistently observed throughout treatment is that ▮▮▮▮▮ identity and self-worth are deeply intertwined with being perceived as an honest, ethical, respectful, and morally good person. While many individuals value these characteristics, in her case these beliefs function at a much deeper psychological level. Her perception of herself is not determined solely by her own internal values but is heavily dependent upon whether others also recognize and affirm these qualities.

Accordingly, accusations suggesting dishonesty, cheating, or unethical behavior are experienced not simply as criticism of specific actions, but as an attack on her fundamental identity and worth as a person. From a clinical perspective, this represents far more than embarrassment or concern about reputation. Rather, it activates longstanding patterns of shame, profound fears of rejection, beliefs of being fundamentally unworthy, and catastrophic expectations regarding permanent loss of respect, acceptance, and future opportunity. It is my understanding that the Court previously concluded that reputational concerns associated with public identification constitute ordinary burdens of litigation. I recognize that this is a legal determination fully beyond my expertise. My purpose in writing is to explain that, for this particular patient, **the anticipated public disclosure of her identity carries psychiatric significance well beyond what would ordinarily be expected.**

2311 E. Stadium Blvd., Suite 212-5,  Ann Arbor, MI 48104 – F: (734) 418-9090– www.sabipsychology.com

For this patient, the prospect of her name becoming permanently associated with allegations of academic dishonesty has become psychologically intertwined with her core identity, moral self-concept, religious and personal values surrounding honesty and integrity, professional aspirations, and overall sense that her life remains worth living. The anticipated disclosure has become the primary focus of her distress rather than the existence of the legal proceedings themselves.

As these proceedings have progressed toward the possibility of public disclosure, I have observed a **significant worsening of her psychiatric symptoms**, including:

- increased obsessive rumination of how others perceive her in public settings
- worries about being slandered
- inability to control her worrying
- panic symptoms when being outside in public and whenever she encounters someone who resembled her Graduate Student Instructor (GSI)
- paranoia of being recognized by strangers, leading to increasing isolation and avoidance of appearing outside her home
- trauma-related symptoms (flashbacks and nightmares of the interactions with her GSI, active avoidance of psychological triggers)
- physiological reactions such as heart palpitations, shortness of breath and insomnia
- impaired concentration
- **active suicidal ideation**

In particular, her anxiety and obsessive-compulsive symptoms have become increasingly rigid and catastrophic. She demonstrates significant difficulty considering alternative or more balanced outcomes, becoming fixated on worst-case scenarios in which public identification will permanently define her character and eliminate future educational and professional opportunities. Although these beliefs may reflect cognitive distortions associated with her psychiatric conditions, *they are nonetheless psychologically real to her and have become a central driver of her current level of distress*.

Most concerning has been the marked escalation in suicidal ideation following the realization that her identity could become publicly associated with this matter. Based upon my clinical assessment, this increase in suicidality appears to be specifically associated with the anticipated public disclosure of her identity rather than with the mere existence of the litigation itself.

Within the past week, ███████ has exhibited multiple indicators associated with **elevated suicide risk**, including persistent thoughts of death and feelings of hopelessness every hour of the day for her, planning behaviors such as counting her pills to assess availability and lethality, and preparatory behaviors from intensive research on the lethality of various methods to a suicide rehearsal (testing a specific form of suicide to determine its likelihood of lethality). She currently requires intensive outpatient management, including comprehensive safety planning, frequent risk assessments, increased frequency of therapy fromweekly to daily, parental monitoring, restricted access to medications and other potential means of self-harm, and ongoing evaluation regarding the need for a higher level of psychiatric care.

It is also clinically noteworthy that ███████ expressed significant reluctance for me to communicate the severity of her suicidality because she feared that disclosing the extent of her psychiatric deterioration

could negatively affect her legal position. This reluctance appears consistent with her longstanding patterns of shame and fear of being perceived negatively rather than an absence of risk.

**Based upon my treatment of** ████████ **it is my professional opinion that public disclosure of her identity would be expected to** *substantially* **increase her psychiatric symptoms and significantly elevate her risk of self-harm including death by suicide.** This opinion is based upon the interaction between her longstanding psychiatric vulnerabilities and the unique psychological meaning that public identification holds within her established cognitive and emotional framework.

My opinion represents my clinical assessment only for this particular patient, whose psychiatric presentation renders the anticipated public disclosure uniquely destabilizing.

I respectfully submit this information for whatever consideration the Court deems appropriate in evaluating her request for anonymity.

Respectfully,

**Dr. Felice Chen, PhD, LP**
Licensed Counseling Psychologist, Treating Psychotherapist
MI License #: 6301019836
NPI #: 1093545790
Sabi Psychology, PLLC
(734)219-5085
felicechen@sabipsychology.com