# EXHIBIT B



SABI PSYCHOLOGY

**Date:** 11/13/2025

To the Coordinator of Academic Integrity,

My name is Dr. Mika Handelman, and I am the director of Sabi Psychology. I have been working in the field of psychology for 17 years with a background in clinical work, psychological assessments, and research. Among my practice specialties are academic stress, performance anxiety, impostor syndrome, and generalized anxiety, with an emphasis on the following populations: students, faculty, people of color, and other marginalized identities. Dr. Felice Chen is Ms. ██████████ treating psychologist. Because I am the direct supervisor for Dr. Felice Chen, I am familiar with Ms. ██████████ recent academic experiences, clinical history, and therapy. Additionally, Ms. ████ and Dr. Chen have shared with me email communications regarding Ms. ████ potential use of AI on several recent papers, and I have re-reviewed Ms. ████ entire file to ensure comprehensiveness.

In reviewing this information, I began to have concerns about the broader dynamics between the TA and Ms. ████ **I write this letter to express concerns about potential bias in the TA's responses towards Ms.** ████ To be clear, I do not perceive conscious ill-intent, but I do consider it important to explore the possibility that the TA may be unknowingly operating from confirmation bias—a phenomenon rooted in social psychology and defined as "the tendency to interpret evidence as confirmation of one's existing beliefs or theories." In this case, *the TA's belief that Ms.* ████ *has undoubtedly and repeatedly used AI may be the result of such bias*. Below are four elements informing my concern, all of which are quotes taken directly from the TA's emails:

**1. The TA repeatedly expresses *certainty* that Ms.** ████ **is using AI**

- *"I am roughly 99% sure it was completely written by AI."*
- *"I looked at and immediately realized she had used AI again."*
- *"Well, she's done it again."*
- *(This is)* *"absolute proof of AI."*

**2. The TA acknowledges a lack of definitive proof**

- *"There's no 'smoking gun' but there is a fair bit of circumstantial evidence."*
- *"There's no smoking gun though I have looked."*
- *"I find myself at a bit of a loss (although) I do not doubt that she is using AI."*

**3. The TA's language displays negative/disdainful emotions towards Ms.** ████

- *"Well, she's done it again."*
- *"Because I thought that she might be capable of taking a hint…"*
- *"None of this is teaching her anything, except perhaps to cover her tracks."*

2311 E. Stadium Blvd., Suite 212-5, Ann Arbor, MI 48104 – F: (734) 418-9090– www.sabipsychology.com



SABI PSYCHOLOGY

- *"Perhaps she thinks I'm an idiot"*

**4. The TA's approach appears more punitive than exploratory. He seems focused on and frustrated by his expressed desire/intent that Ms. ▮▮▮ not be given a passing grade**

- *"My hope was that she would confess."*
- *"She will neither admit to using AI nor stop. Perhaps she thinks that I am an idiot. At this point I cannot help but feel that she deserves whatever grades she gets."*
- *"I did not like the idea of grading an AI paper as though it were normal."*
- *"I cannot imagine giving her a passing grade for this course unless she starts writing her own papers."*
- To the lead instructor: *"You are right that we cannot prove that the student has cheated. But I believe that the case here is strong enough that it would be inappropriate to grade the paper in good faith."*

Notably, the TA's pursuit (as described above) <u>continues after the lead instructor says to him in their initial communication</u>: "As I said to ▮▮▮▮ it's possible that AI was used here, but impossible to prove. So I would just grade the paper as it stands."

Some common sources of confirmation bias are potentially relevant here. One is the "reverse halo effect," a phenomenon studied by social psychologists, in which a single negative trait/element can lead to an overall negative impression of the individual. Research has demonstrated that this can affect perceptions of an employee's work performance, independent of their actual performance.

Social psychologists frequently observe this phenomenon when studying gender bias in performance reviews. As Correll and colleagues explain, "We want people to realize that when you're evaluating someone, you are not just documenting their behavior, as if you're some kind of computer. You are interpreting their actions, what you remember, and how you categorize someone's behavior—how you are, in essence, viewing their behavior. And then there's also bias in the value you attach to those behaviors and how you assign rewards based on whether you think someone's behavior is good or bad. Bias can enter into any of these processes." (2020).

Confirmation bias and the negative halo effect can also be influenced by a person's race and/or sex. I find these layers worth considering, as discrimination and microaggressions are unfortunately quite common in academia. It is my experience that the vast majority of these acts are not done out of maliciousness but are born from unconscious bias. Power dynamics make this more likely within the TA-student relationship. Gender and race can amplify these differing positions of power within the classroom.

Finally, mental health challenges are often invisible and can be easily misinterpreted. The TA observed Ms. ▮▮▮ to have difficulty communicating, explaining herself, and defending her work against implications of plagiarism.  He seems to interpret these difficulties as indications of her guilt—or, at minimum, as insufficient responses. *Other explanations are also possible.* In particular, Ms. ▮▮▮

2311 E. Stadium Blvd., Suite 212-5,  Ann Arbor, MI 48104 – F: (734) 418-9090– www.sabipsychology.com



SABI PSYCHOLOGY

struggles with significant anxiety. Her anxiety manifests predominantly in two areas: (1) academia, and (2) how she is perceived by others. Some common manifestations of anxiety include cognitive shut down (i.e., not remembering or knowing what to say), cognitive confusion, and emotional distress, which may account for her response.

Additionally, **individuals prone to anxiety are almost exclusively inflexible rule followers**. Fears of rejection also tend to discourage individuals with anxiety from deviating from expectations and rules. **Thus, rates of plagiarism amongst those with anxiety tend to be low** (although, of course, they are possible and do occur). Generally speaking, anxiety is related to a need for control, and following rules provides a sense of safety and predictability. Individuals with anxiety also are prone to catastrophizing cognitive distortions—predicting/assuming the worst outcomes. Such cognitive distortions can commonly arise at the *mere thought* of breaking a rule, or at being *perceived* as breaking a rule. Her anxious response seems to be reflected in her expectation that she would receive a zero on her paper. For example, the TA wrote, "I told her that I couldn't give the paper I had a very good grade, and her first assumption was that it would be a zero (which, in hindsight, seems telling)." The TA's interpretation was that these responses demonstrated culpability. But just as likely, if not more likely, they demonstrate anxiety.

In sum, based on my clinical experience, my review of relevant emails exchanged, and my discussions with Ms. ███ primary mental health provider as her supervisor, I ask that you consider the role of bias, as well as Ms. ███ clinical anxiety, in whatever determination you make.

Thank you for your time.

Sincerely,

Mika Handelman, PhD
Founder/Director of Sabi Psychology
Licensed Clinical Psychologist
Michigan License #6301016807