# EXHIBIT C



SABI PSYCHOLOGY

**Date:** 11/12/2025
**Re: Ms.** ███████████ **charge of academic misconduct**

**Dear Coordinator of Academic Integrity,**

My name is Dr. Felice Chen and I am a Postdoctoral Fellow & Clinician in the field of Counseling Psychology. I have over 6 years of clinical experience in psychotherapy, with a special focus on anxiety, depression, academic and career, intergenerational trauma, as well as multicultural concerns, including Asian and Asian American identity exploration. I have been providing weekly psychotherapy sessions for Ms. ███ since January 22, 2025 and am familiar with her struggles broadly, and as they relate to her experiences as a college student. Ms. ███ has recurrently discussed the issues she has experienced with her TA, as they have caused her confusion, self-doubt, and elevated stress and anxiety. Ms. ███ also shared with me a series of email communications amongst herself, her TA, other TAs, and the lead instructor.

In reviewing these communications with Ms. ███ I recognized instances in which the TA attributed unique aspects of her writing to AI. I write this letter not to argue against the TA's claims of AI use, but to *raise alternative possibilities* based upon my knowledge of Ms. ███ mental health and academic history.

The TA describes her writing as "odd," "strange," and "suspicious." Below are two examples of Ms. ███ writing he selects to exemplify this.

1. "When reading it, I was immediately suspicious that it had been written by AI. The style was unmistakable, and stood out significantly from the other papers that I had been reading. In my experience, students do not write sentences like*:*

   'Through Calypso's lament about the gods' hypocrisy and Clytemnestra's astute rhetoric of justice, both poets exemplify the duality of women's self- portrayals, both powerful and vain, constructing a discourse between advocacy and repression.'"

2. "I think that anyone who has read enough papers by freshmen, and paid attention to the style of LLMs, will recognise that only one of them could have produced a sentence like the phrase (*see below*). If this were an isolated example, I would note the strangeness to the student and let it slide. But the entire paper is written like this.

   'loved you above all men' establishes a moral hierarchy: her desire is virtuous, not selfish, but the narrative frames it within pathos, ensuring readers perceive her onging as tragic rather than normative.'

2311 E. Stadium Blvd., Suite 212-5, Ann Arbor, MI 48104 – F: (734) 418-9090– www.sabipsychology.com



SABI PSYCHOLOGY

While Ms. ███ writing style could be due to AI, my knowledge of her mental health struggles, academic background, and approach to academics provide me with insights that offer an **alternative possibility for consideration.**

In my sessions with Ms. ███ I have repeatedly observed her to display perfectionistic tendencies and heightened anxiety, which drive, among other things, meticulousness with an obsessive quality. In my clinical experience more broadly, as well as related to Ms. ███ specifically, students who present with anxiety, a high level of attention to detail, as well as perfectionism, are generally extremely thorough and advanced in their writing, spelling, and grammar, not to mention other areas of their life. Additionally, Ms. ███ anxiety has led to some challenges in cognitive confusion and distress, particularly during emotionally tense situations. Coming from a family background that emphasized education and learning, **Ms. ███ was exposed to classical literature since she was young and also received rigorous education in writing during her time in a college preparatory high school**. Her family values, experiences, and prior education have added to her **comfort with literature analysis and college-level writing**. Taken together, these details may lend to her strong comprehension of the content and writing style in her essays that may seem unusual for the typical college student.

In closing, I encourage you to consider these additional pieces of information about Ms. ███ as it is my clinical opinion that they play a large role in Ms. ███ behaviors and responses. **Lastly, based on Ms. ███ anxiety and reactions to emotionally tense situations, I highly recommend allowing her to record her meeting on 11/14/2025, as this will support her ability to review important details afterward and maintain clarity throughout the meeting**.

Sincerely,

Felice Chen, PhD.
Postdoctoral Fellow
Counseling Psychology Clinician
Sabi Psychology, PLLC