# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| PLAINTIFF, | ) Case No. 2:26-cv-10451-LJM-DRG |
| | ) |
| v. | ) Hon. Laurie J. Michelson |
| | ) |
| THE REGENTS OF THE UNIVERSITY | ) |
| OF MICHIGAN; THEO NASH, in his | ) |
| individual and official capacities; BASIL | ) |
| DUFFALO, in his individual and official | ) |
| capacities; SEAN EDGERTON, | ) |
| Coordinator of Academic Integrity, Office | ) |
| of Student Academic Affairs (OSAA), in | ) |
| his individual and official capacities; | ) |
| CHRISTINE O'NEIL, Deputy Assistant | ) |
| Dean of OSAA, in her individual and | ) |
| official capacities, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE

Pursuant to the Court's text-only order dated August 6, 2026, Plaintiff promptly contacted Defendant to request concurrence. Defendant declined to concur in the relief sought in Plaintiff's motion.

Dated:  August 7, 2026

Respectfully Submitted,

*/s/ Connor B. Gallagher*
Connor B. Gallagher (P82104)
Carla D. Aikens (P P69530)
Carla D. Aikens, P.L.C.

615 Griswold St., Ste. 709
Detroit, MI 48226
connor@aikenslawfirm.com
carla@aikenslawfirm.com
Tel:   (844) 835-2993
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served

upon all parties to the above cause to each of the attorneys of record herein on

August 7, 2026 by:

*/s/* Katarzyna Nowicki