UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JANE DOE,

      Plaintiff,

v.

THE REGENTS OF THE
UNIVERSITY OF
MICHIGAN; THEO NASH, in his
individual and official capacities;
BASIL DUFFALO, in his individual
and official capacities; SEAN
EDGERTON, Coordinator of
Academic Integrity, Office of Student
Academic Affairs (OSAA), in his
individual and official capacities;
CHRISTINE O'NEIL, Deputy
Assistant Dean of OSAA, in her
individual and official capacities,

      Defendants.

Case No. 2:26-cv-10451-LJM-DRG
Hon. Laurie J. Michelson

---

## BRIEF FORMAT CERTIFICATION FORM

I, CONNOR B. GALLAGHER, hereby certify that the foregoing brief complies with Eastern District of Michigan Local Rules 5.1(a), 5.1.1, and 7.1 and Judge Michelson's Case Management Requirements. In particular, I certify that each of the following is true (click or check box to indicate compliance):

☒ the brief contains a statement regarding concurrence, *see* LR 7.1(a); **(n/a)**

☒ the brief, including footnotes, uses 14-point font, *see* LR 5.1(a)(3);

☒ the brief contains minimal footnotes and, in all events, no more than 10, *see* Case Management Requirements § III.A;

1

☒ the brief and all exhibits are searchable .pdfs, *see* Case Management Requirements § III.A;

☒ the brief is double spaced (except for footnotes and necessary block quotes) with one-inch margins, *see* LR 5.1(a)(2);

☒ deposition transcripts have been produced in their entirety and not in minuscript, *see* Case Management Requirements § III.A;

☒ if the brief and exhibits total 50 pages or more, a courtesy copy with ECF headers will be sent to chambers, *see* Case Management Requirements § III.B.

I also acknowledge that if the Court later finds that these requirements are not met, my brief will be stricken.

*/s/ Connor B. Gallagher*
Dated: August 10, 2026

2