UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jane Doe,

Plaintiff(s),

v.

Case No. 2:26−cv−10451−LJM−DRG
Hon. Laurie J. Michelson

Regents of the University of Michigan, et al.,

Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room Courtroom 212. The following motion(s) are scheduled for hearing:

Motion for Preliminary Injunction − #31
Motion for Reconsideration − #34

- MOTION HEARING: September 22, 2026 at 11:30 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Tina M Damoah
Case Manager

Dated: August 18, 2026