UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF MICHIGAN et al.,

Defendants.

Case No. 26-10451
Honorable Laurie J. Michelson

**ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION [31] AND DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR RECONSIDERATION [34]**

For the reasons stated on the record at the motion hearing, Plaintiff's renewed motion for preliminary injunction (ECF No. 31) is DENIED, and Plaintiff's motion for reconsideration is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: September 23, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE